IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-89-8BO

UNITED STATES OF AMERICA          )
                                  )
              v.                  )
                                  )
ENRIQUE MENDOZA-FIGUEROA          )

## ORDER OF FORFEITURE AND JUDGMENT

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant pursuant to 21 U.S.C. § 853 as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty to Count One of the Criminal Indictment and agreed to assist the United States in the recovery and forfeiture of any assets which facilitated and/or were acquired through unlawful activities, including all such assets in which the defendant has any interest or control. Specifically, the Defendant agreed to voluntarily forfeit and relinquish to the United States the property specified in the Indictment, that is, any proceeds the defendant obtained directly or indirectly as a result of the said offenses.

By virtue of the defendant's guilty plea, the United States is now entitled to the defendant's interest in $100,000

1

currency, the gross proceeds of his illegal acts, pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.  Based upon the defendant's guilty plea, the above-listed $100,000 currency is forfeited to the United States for disposition in accordance with the law; and

2.  Any and all forfeited funds shall be deposited by the U. S. Department of Justice as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against Defendant, Enrique Mendoza-Figueroa, for the amount of the gross proceeds, that is, $100,000, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P.

2

32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED.  This **26** day of September, 2013.


_____
TERRENCE W. BOYLE
United States District Judge